# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF MARYLAND

JULIE A. SU, Acting Secretary of Labor,
U.S. Department of Labor

      Plaintiff,

v.                                    Case No.: 8:24-cv-02345-PX

LIFELINE, INC. and
RHODA MAKINDE, an individual

---

## DEFENDANTS' ANSWER

Comes now, Defendants Lifeline Inc. and Rhoda Makinde, through her undersigned attorneys, and files their Answer to the Complaint in the above-captioned case.

1. Paragraph 1 of the Complaint. Admitted.

2. Paragraph 2 of the Complaint. Admitted.

3. Paragraph 3 of the Complaint is Admitted.

4. Paragraph 4 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

5. Paragraph 5 of the Complaint is Admitted.

6. Paragraph 6 of the Complaint is Admitted.

7. Paragraph 7 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

8. Paragraph 8 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

9. Paragraph 9 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

10. Paragraph 10 of the Complaint is Denied. Paragraph 10 also exhibits a racist stereotype of emigrants from Africa without a crumb of direct or circumstantial evidence. See Exhibit 1 (Declaration of Rhoda Makinde).

11. Paragraph 11 of the Complaint is Admitted.

12. Paragraph 12 of the Complaint is Admitted.

13. Paragraph 13 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

14. Paragraph 14 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

15. Paragraph 15 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

16. Paragraph 16 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

17. Paragraph 17 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

18. Paragraph 18 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

19. Paragraph 19 of the Complaint is Denied. See Exhibit 1 (Declaration of Rhoda Makinde).

Respectfully submitted,

*/s/Bruce Fein*
Bruce Fein

Law Offices of Bruce Fein
300 New Jersey Avenue, N.W., Suite 900
Washington, D.C. 20001
Phone: 202-465-8728; 703-963-4968
Email: bruce@feinpoints.com
Counsel for Defendants, pro hac vice

*/s/Jon S. Cardin, Esq.*
Law Offices of Jon S. Cardin, PA
309 Allegheny Ave.
Towson, MD 21204
410-727-3868
Email: jscardin@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing has been made on all parties of record through this Court's CM/ECF electronic filing system this 23rd day of August 2024.

**EXHIBIT 1**

**DECLARATION OF RHODA MAKINDE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF MARYLAND

JULIE A. SU, Acting Secretary of Labor,
U.S. Department of Labor

      Plaintiff,

v.                                    Case No.: 8:24-cv-02345-PX

LIFELINE, INC. and
RHODA MAKINDE, an individual

---

### DECLARATION OF RHODA MAKINDE

Pursuant to 28 U.S.C. 1746, I, Rhoda Makinde, declare as follows:

1. I am CEO and sole owner of Lifeline, Inc.

2. I have carefully reviewed the Declarations of Jerrell Saddler and Monica Marin submitted as Exhibits A and B to the Complaint in the above-captioned case. Both Exhibits are riddled with untruths, including the gratuitous, reckless, defamatory, racist statements in the Complaint, paragraph 10, Exhibit A, paragraph 10, and Exhibit B, paragraph 11, that I sought to hire and exploit stupid, vulnerable, and impoverished "African" immigrants without a crumb of direct or circumstantial evidence. Indeed, the person responsible for hiring by Lifeline, Inc. was Jerrell Saddler, the Declarant in Exhibit B, not myself. If racism infected Lifeline's hiring and employment practices, the carrier of the diseases was Jerrell Saddler.

3. Mr. Sadder has multiple ulterior motives for lying about Lifeline, Inc. to destroy it as a competitor of Mr. Saddler's. A Lifeline employee, Mr. Saddler began competing with Lifeline by creating his own company "Aging in Motion, while he was still a

Lifeline employee in breach of his duty of loyalty. Attachment 1. See also

https://www.dnb.com/business-directory/company-

profiles.aging_in_motion_inc.548304f1d04b6f7f88704ef276b4876e.html. Mr.

Saddler has stolen proprietary information and patients from Lifeline, Inc. for his own

enrichment.  Mr. Saddler also had a social reason to lie about Lifeline, Inc. Saddler's

"significant other," David Jenkins, was fired by Lifeline on November 3, 2023,

because Jenkins secretly began working for a Lifeline competitor, KBEC Group, on

Lifeline's time and dime. Attachment 2. Lifeline's firing of Mr. Jenkins infuriated Mr.

Saddler, his "significant other."  Mr. Saddler and Mr. Jenkins orchestrated the

transfers of two of Lifeline's clients to other providers, including Aging in Motion,

KBEC, Individual Advocacy Group, and Project Direct DC, for self-enrichment.

Further, in or about June 2023, Lifeline terminated a $2,500.00 monthly contract with

an organization Saddler owned while he worked as a Lifeline employee, which

created a conflict of interest for Saddler. Attachment 3. The termination enraged

Saddler. Ms. Rebecca Coker, a colleague of Saddler and Jenkins, warned me to expect

retaliation, including death threats for Lifeline's termination of Jenkins.  In sum, Mr.

Saddler has strong personal and financial motives to tell whopping lies about Lifeline,

Inc.

4. Mr. Saddler's August 13, 2024, Declaration, Exhibit B to the Complaint, is replete
   with falsehoods. He declares he began work at Lifeline in 2016. Exhibit B, paragraph
   h2. False. He began working on September 20, 2017. Attachment 4.

5. Mr. Saddler completed a W-9 Form upon hiring. But Mr. Saddler insisted on being
   paid as an independent contractor per Form 1099 to evade tax withholding.

6.  Mr. Saddler's Declaration, Exhibit B, paragraph 2, states he was "responsible for day-to-day operations of the business, which included managing operations and hiring and promoting employees," not Rhoda Makinde. He used his position to engage in nepotism on an industrial scale, hiring numerous of his family and friends: David Jenkins, Tierra Wilson, Rebecca Coker, Wendy Grier, Terrell Danzy, Jurriaan Bolander, Abdul Gesod, Appeakorang Boakye, Oyeyemi Orebiyi, Sean Monategue, Jozanne Brown, Emmanual Turka, and Henry Dumon. All the nepotistic hires have left but for Jurrian Bolander.

7.  After Mr. Saddler resigned from Lifeline in April 2024, Saddler was clueless about who exercised responsibility for the day-to-day operations of Lifeline, and who made financial decisions.

8.  Mr. Saddler lied in Exhibit B, Declaration, paragraph. 6. He acknowledged in writing that Lifeline does not allow employees, including himself, to work more than 40 hours per week. Attachment 4 to this Declaration. At no time did Saddler tell Lifeline that its payroll practices were illegal.

9.  Paragraph 7 of Mr. Saddler's Declaration, Exhibit B, is a complete fabrication. No overtime work was permitted by Lifeline. All Lifeline's employees were informed of that fact in writing as a condition of their employment with Lifeline. To permit overtime would drive Lifeline into bankruptcy because its government contracts did not pay for overtime work. Attachment 4.

10. Paragraphs 8-13 of Mr. Saddler's Declaration, Exhibit B, are also complete fabrications. Every assertion of Mr. Saddler's is false. Especially despicable is his racist assertion in paragraph 11 that I "would frequently hire and assign DSPs who

had emigrated from Africa to clients requiring more than 40 hours of care in a week because she believed those DSPs were financially dependent on their job and less likely to complain about their pay when they were asked to work more than 40 hours in a workweek without overtime pay." I did not make hiring decisions. They were Saddler's responsibility. Saddler is accusing himself of racism in violation of Title VII of the Civil Rights Act of 1964 by discriminatory hiring based on nationality.

11. Paragraph 14 of Saddler's Declaration, Exhibit B, is false.  On November 16, 2023, Saddler requested to work part-time (rather than full time) working 25 hours per week. Lifeline accepted Saddler's request. Attachment 5. Saddler never submitted a resignation letter in December 2023.  Saddler never told me he disapproved of my treatment of Lifeline employees.

12. Paragraph 16 of Saddler's Declaration, Exhibit B, is false. Saddler did not send me the correspondence with the U.S. Department of Labor. Ayodej Odusanya sent the correspondence to me.

13. Paragraph 17 of Saddler's Declaration, Exhibit B, is a fantasy. I changed passwords to Lifeline's official business account with Go Daddy not in response to any investigation by DOL but in response to discovering David Jenkins' misusing his official Lifeline password with Go Daddy to the benefit of Lifeline's competitor and Jenkins' new employer KBEC Group.  When Jenkins was fired, I forgot immediately to end his Go Daddy Lifeline email account.  A few months after Jenkins' firing, I entered Lifeline's Go Daddy account to remove Jenkins' password access.  Much to my astonishment and chagrin, I discovered that many other Lifeline employees, including Jerrell Saddler, Bassey Norman, Rebecca Coker, Rosemond Agyepong,

Ayodeji Odusanya, and Chigozi Nwoxu were using their Lifeline Go Daddy accounts
to communicate with and perform work for KBEC or other competitors of Lifeline on
Lifeline's time and dime. When I confronted them with their betrayals and
disloyalties, all quit or stopped showing up for work soon after. I had their official
Lifeline-Go Daddy passwords canceled or changed to prevent a repeat of Jenkins'
fraudulent sabotage of Lifeline by Saddler, Norman, Agyepong, Coker, Odusanya,
and Nwosu.  The official password changes had nothing to do with the Department of
Labor's investigation of Lifeline. I have never accessed the personal email accounts
of Lifeline employees. Attachment 6.

14. Paragraph 18 of Saddler's Declaration, Exhibit B, is also false. Lifeline has no access
to its payroll records with QuickBooks' Data File. The records have been withheld by
Francis Awoyera & Associates, who is closely working with Saddler. Lifeline is
actively seeking to retrieve its QuickBooks Data File in pending litigation. No payroll
records within Lifeline's possession, custody, or control have been withheld from
DOL. Lifeline is eager to share its QuickBooks Data File with DOL as soon as it
obtains possession.

15. Paragraph 19 of Saddler's Declaration, Exhibit B, is internally absurd, sheer
speculation, and untrue.  I did not begin to fire employees after notice of the DOL
investigation was received. I did not terminate any employee after March 2024. In
late March of that year, two employees were released because Lifeline had lost two
patients requiring downsizing to remain financially viable. Saddler's statement that I
"had never fired employees in this matter prior to learning of the investigation" is
another Saddler concoction.

16. Paragraph 20 of Saddler's Declaration, Exhibit B, is hearsay from a faceless, anonymous accuser with no credibility and is false from beginning to end.

17. The evidence is strong that Mr. Saddler's Declaration, Exhibit B is perjurious in multiple material respects in hopes of enriching his company Aging in Motion and retaliating against Lifeline, Inc. for firing his "significant other," David Jenkins, for defrauding Lifeline Inc. by using his official Lifeline email account with Go Daddy to assist his competing employer KBEC on Lifeline's time and dime in breach of his duty of loyalty.

18. The Declaration of Monica Marin, Exhibit A to the Complaint, is also untrue in multiple material respects.

19. The Marin Declaration, Exhibit A, paragraph 9, is false. The unwavering written policy of Lifeline, Inc. was to prohibit employees from working more than 40 hours in any week because overtime payments would not be covered by Lifeline's government contracts and would thus cause Lifeline to go bankrupt. Attachment 4.

20. Marin Declaration, Exhibit A, paragraph 10, is also untrue. Lifeline had no contract with any employee in which the employees agree to be denied overtime compensation. Lifeline's written contracts prohibited any employee from working more than 40 hours per week to avoid overtime obligations. Paragraph 10 also contains the false, racist, despicable assertion that Lifeline and I "sought to avoid paying overtime wages to employees by hiring individuals who had emigrated from Africa because they believed they were likely to be financially dependent on their job and, as a result, less likely to file a complaint with the U.S. Department of Labor regarding their unlawful pay practices." Not a crumb of direct or circumstantial

evidence supports that racist assertion. Indeed, Jerrell Saddler, the Declarant in Exhibit B. was responsible for hiring decisions during his employment with Lifeline, which ended in April 2024.

21. Marin Declaration, Exhibit A, paragraph 11 is false.

22. Marin Declaration, Exhibit A, paragraph 12, is false. I have never directed employees to falsify payroll records.

23. Marin Declaration, Exhibit A, paragraphs 15-16, are false or misleading.  Lifeline, Inc. has no access to its QuickBooks' payroll records because its former accountant, who now conspires with Jerrell Saddler, Francis Awoyera & Associates, refuses to provide them. I am seeking the QuickBooks Data Files for Lifeline in litigation with Francis Awoyera & Associates and when I receive them, I will share them with U.S. DOL.

24. Marin Declaration, Exhibit A, paragraph 20, is false.

25. Marin Declaration, Exhibit A, paragraph 21 is all hearsay and a complete concoction of Marin's faceless, anonymous confidential informants.

26. Marin Declaration, Exhibit A, paragraph 23 is false to the best of our knowledge. We have no evidence that a Lifeline employee has been terminated since April 2024.

27. Marin Declaration, para. 26 is false and misleading. The working email accounts owned by Lifeline (they were not personal email accounts) were searched by me in the process of terminating the Lifeline-Go Daddy account of David Jenkins, who had been fired by Lifeline because he was working for a competitor, KBEC, using Lifeline's email on Lifeline's time. To my dismay in searching Lifeline's Go Daddy account and Jenkin's use, I discovered many Lifeline employees were communicating

and doing work for Lifeline competitors, including KBEC Group, on Lifeline's time and dime as elaborated in paragraph 13 of this Declaration. I confronted the miscreant employees with their betrayals, including Jerrell Saddler, Bassey Norman, Rebecca Coker, Rosemond Agyepong, Ayodeji Odusanya, and Chigozi Nwosu and all shortly thereafter resigned or stopped coming to work for Lifeline, Inc.  Attachment 7.

28. Marin Declaration, Exhibit A, paragraph 27, is a complete lie.

29. Marin Declaration, Exhibit A, paragraph 28, is another whopping fabrication of Monica Marin's gang of faceless, anonymous informants. Among other things, the Declaration falsely asserts that I have filed "legal action" against employees who were participating in the U.S. DOL investigation of Lifeline. No such legal actions have been filed, and Monica Marin is unable to cite any case or court with identifying information to support her lie.

30. Marin Declaration, Exhibit A, paragraph 29, is a further complete fantasy of Monica Marin's faceless, anonymous informants.  Angela Maiga is not Lifeline's Human Resources Director. I never asked her to file a petition in the District Court of Maryland for Prince George's County or any other court for a temporary peace order asserting a false accusation of "stalking" against a former employee at Lifeline's Maryland office location *after* Defendants had requested the former employee appear at their office to receive a check.

I declare under penalty of perjury that the foregoing is true and correct.

Rhoda Makinde

Executed:  August 23, 2024.

**ATTACHMENT 1**



12:46  📶 5GUC 76%

✕  〉  ⋁  ⊙  AGING IN M...
From npidb.org – d

⋯

## Contact Information

### AGING IN MOTION, INC.

1401 NEW YORK AVE NE APT 581
WASHINGTON, DC  20002-1843

Phone: 202-222-2222
Fax:
Website:

| Specialty | Taxonomy Code |
|---|---|
| * Developmental Disabilities | 261QD1600X |
| Adult Day Care | 261QA0600X |
| Case Management | 251B00000X |
| Community/Behavioral Health | 251S00000X |
| Day Training, Developmentally Disabled Services | 251C00000X |
| Home Health | 251E00000X |
| In Home Supportive Care | 253Z00000X |
| Respite Care | 385H00000X |

* Indicates primary specialty



12:46 · 5GUC 76%

AGING IN M...
From npidb.org – d...

## NPI Profile & details for AGING IN MOTION, INC.

**NPI Number**
1033992870

**Legal business name**
AGING IN MOTION, INC.
LBN

**Authorized official**
J SADDLER · (CEO)

**Entity**
Organization

**Organization subpart**
No

**Enumeration date**
08/16/2023

**Last updated**
01/24/2024 - About 7 months ago

**Sole proprietor[1]**
Not specified

**Identifiers**
n/a

**Washington Area Clinical Center**
Accepting New Patients - Mental Health Service.

**ATTACHMENT 2**

om: **BambooHR** <notifications@app.bamboohr.com>
ate: Mon, Oct 2, 2023 at 8:54 AM
ubject: Welcome David Jenkins to KBEC Group Inc.
o: <gbengadd2@gmail.com>

# Welcome David Jenkins!

## David is joining us as QIDP Program Specialist (DDS)

**David Jenkins**

QIDP Program Specialist (DDS)

Central Office

Hey Team,

We are happy to have David Jenkins join us as QIDP Program Specialist (DDS). David's first day is today, so please take the time to say hi and welcome David to the team.

## Get to Know David:

**What is your position title?**

QIDP

**What are you looking forward to with working with KBEC Group, Inc.?**

I am looking forward to working with exceptional people that are trying to help individuals in the community.

## D. Ryland

David Jenkins <david.jenkins@lifelineincdc.org>
Tue 12/19/2023 12:17 PM
To:david.jenkins@kbecgroup.com <david.jenkins@kbecgroup.com>

🔗 1 attachments (1,005 KB)
doc01694220231218162043.pdf;

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android
_____

**From:** Ayodeji Odusanya <ayodeji.odusanya@lifelineincdc.org>
**Sent:** Monday, December 18, 2023 4:20:46 PM
**To:** David Jenkins <david.jenkins@lifelineincdc.org>
**Subject:**

-------------------
CS 4004i
[00:17:c8:e0:24:d7]
-------------------

D. Ryland

DJ    David Jenkins
To: david.jenkins@kbecgroup.com
Tue 12/19/2023 12:17 PM

doc01694220231218162043... ✓
1,005 KB

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

↩ Reply    ↪ Forward

AO    Ayodeji Otusanya
To: David Jenkins
Mon 12/18/2023 ... PM

ⓘ You forwarded this message on Tue 12/19/2023 12:17 PM

doc01694220231218162043... ✓
1,005 KB

C5 4004i
[00:17:c8:eb:24:d7]

---

KBEC Group, Inc.

Individual Name    Dereka Ryland-Henry
Medicaid Number
Date of Birth    10/08/2002

## Consultation Form

| | | |
|---|---|---|
| Appointment Date Time | 12/16/2023 01:00 PM - 02:00 PM (US/Eastern) | Time Zone    US/Eastern |
| Individual Program | Dereka Ryland-Henry, 7047198 Supported Living | Birth Date    10/08/2002 |
| Medicare Number Consultant | Other: CHILDREN HOSPITAL | Medicaid Number    Specialty    PULMONARY |
| Reason for Appointment | Other - PT WITH DIAGNOSIS OF ASTHMA, EXAM AND TREATMENT | |
| Address | 111, MICHIGAN AVENUE, NW, WDC, DC 20010, USA, Ph: 888-684-2327 | |
| Other Medical Information | | |
| Dietary Guidelines | None | |
| Allergies | None | |

### Current Medications

| Medications | | Give Amount / Quantity | Frequency | Begin Date | End Date | Prescriber | Time Zone |
|---|---|---|---|---|---|---|---|
| ALBUTEROL HFA 90 MCG INHALER - Inhalant, Inhaled - (Other) | Strength: 90mcg Indication/Purpose: Cough, Wheezing/ Shortness of breathness SIDE EFFECTS :Nervousness or shakiness, Headache, Throat or nasal irritation, and Muscle aches. | 1Inhalant | inhale 2 puffs as every 4hrs needed for cough | 07/20/2023 | | Rafic Jamal / Dr | US/Eastern |
| BENZOYL PEROXIDE 10% GEL - Topical - (Scheduled Medication) | Strength: 10%Application Indication/Purpose: ACNE SIDE EFFECTS : Dry skin , Peeling of red skin, skin irritation | | Apply to the affected area | 07/20/2023 | | Rafic Jamal / Dr | US/Eastern |
| FLUVENT HFA INHALER, Inhalant, Inhaled - (Scheduled) - (Treatment) | Strength: Indication/Purpose: Asthma SIDE EFFECTS : Fungal infections in your mouth or throat (thrush), Weakened immune system and increased chance of getting infections (immunosuppression), Reduced adrenal function , Serious allergic reaction , Bone thinning or weakness (osteoporosis) | 1Inhalant | inhale 1 puff twice daily | 07/20/2023 | | Rafic Jamal / Dr | US/Eastern |
| LEVONORG-ETH ESTRAD 0.15- 0.03 Tablet | Strength: 0.15-0.03mg Indication/Purpose: Birth control SIDE EFFECTS :Absent, missed, or irregular menstrual periods, Anxiety , Bloody stools , Breast tenderness, | 1 tab by mouth | | | | Rafic | |

KBEC Group, Inc.

| Individual Name | Dereka Ryland-Henry |
|---|---|
| Medicaid Number | |
| Date of Birth | 10/08/2002 |

## Consultation Form

| Appointment Date Time | 12/18/2023 01:00 PM - 02:00 PM (US/Eastern) | Time Zone | US/Eastern |
|---|---|---|---|

| Individual | Dereka Ryland-Henry, 7047196 | Birth Date | 10/08/2002 |
|---|---|---|---|
| Program | Supported Living | | |
| Medicare Number | | Medicaid Number | |
| Consultant | Other: CHILDREN HOSPITAL | Specialty | PULMONARY |

| Reason for Appointment | Other - PT WITH DIAGNOSIS OF ASTHMA, EXAM AND TREATMENT. |
|---|---|

| Address | 111, MICHIGAN AVENUE, NW, WDC, DC 20010, USA, Ph: 888-884-2327 |
|---|---|
| Other Medical Information | |
| Dietary Guidelines | |
| Allergies | None |

## Current Medications

| Medications | | Give Amount / Quantity | Frequency | Begin Date | End Date | Prescriber | Time Zone |
|---|---|---|---|---|---|---|---|
| **ALBUTEROL HFA 90 MCG INHALER -** Inhalant, Inhaled - (Other) | **Strength:** 90mcg **Indication/Purpose:** Cough /Wheezing / Short of breathness SIDE EFFECTS :Nervousness or shakiness, Headache, Throat or nasal irritation, and Muscle aches. | 1Inhalant | inhale 2 puffs as every 4hrs needed for cough | 07/20/2023 | | Rafic Jarrah / Dr. | US/Eastern |
| **BENZOYL PEROXIDE 10% GEL -** Topical - (Scheduled (Medication)) | **Strength:** 10%Application **Indication/Purpose:** ACNE SIDE EFFECTS : Dry skin , Peeling of red skin, skin irritation | | Apply to the affected area | 07/20/2023 | | Rafic Jarrah / Dr. | US/Eastern |
| **FLOVENT HFA INHALER -** Inhalant, Inhaled - (Scheduled (Treatment)) | **Indication/Purpose:** Asthma SIDE EFFECTS : Fungal infections in your mouth or throat (thrush) ,Weakened immune system and increased chance of getting infections (immunosuppression). Reduced adrenal function ,Serious allergic reaction , Bone thinning or weakness (osteoporosis) | 1Inhalant | inhale 1 puff twice daily | 07/20/2023 | | Rafic Jarrah / Dr. | US/Eastern |
| **LEVONOR-ETH ESTRAD 0.15-0.03 -** Tablet, Oral (mouth) - (Other) | **Strength:** 0.15-0.03mg **Indication/Purpose:** Birth control SIDE EFFECTS :Absent, missed, or irregular menstrual periods ,Anxiety ,Bloody stools , Breast tenderness, enlargement, discharge. Changes in skin color, pain, tenderness, or swelling of the foot or leg. chest pain or discomfort. clay-colored stools. dark or cloudy urine. | 28Tablet | 1 tab by mouth once daily | 07/20/2023 | | Rafic Jarrah / Dr. | US/Eastern |
| **MUPIROCIN 2% CREAM -** Creams, Topical - (PRN (Treatment)) | **Strength:** 2%Application **Indication/Purpose:** Hidradenitis SIDE EFFECTS :Burning, Stinging, Pain, Itching, Rash, Redness, Dryness, Tenderness, or Swelling of the treated skin | 1Creams | apply to the affected area 3 times daily as needed | 07/20/2023 | | Rafic Jarrah / Dr. | US/Eastern |

## Vital Signs



Generated from Therap 'Consultation Form' by David Jenkins, KBEC Group, Inc. on 12/18/2023 01:12 PM.

Page 1 of 3

**KBEC Group, Inc.**

| Individual Name | Dereka Ryland-Henry |
|---|---|
| Medicaid Number | |
| Date of Birth | 10/08/2002 |

| Date | Temperature | | Pulse & Oxygen Saturation | | | Respiration | | Blood Pressure | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | Value | Time | Pulse | Oxygen Saturation | Time | Value | Time | Systolic | Diastolic | Time Zone |
| 11/20/2023 | 12:04 pm | 98.7 | 12:04 pm | 94 | | 12:04 pm | 16 | 12:04 pm | 109 | 69 | US/Eastern |

**Findings/Recommendations** ( *Please write medication orders as a separate prescription)

Flovent 44mcg 2 puffs two times per day with spacer
Albuterol 2-4 puffs with spacer as needed. for cough /wheezing /SOB
Sleep study to screen for sleep apnea

**Followup Appointment?** [✓] Yes [ ] No   If yes, date/time: Call 202-877-7854 to schedule followup with Adult Pulmonary Medicine

Dec 18th, 2023

**Consultant/Prescriber Signature** _____   **Date**

**Reviewed by**

| Name | Title | Date |
|---|---|---|
| Name | Title | Date |
| Name | Title | Date |

**KBEC Group, Inc.**

| | | | |
|---|---|---|---|
| Individual Name | Dereka Ryland-Henry | | |
| Medicaid Number | | | |
| Date of Birth | 10/08/2002 | | |

| | | | |
|---|---|---|---|
| **Appointment Date Time** | 12/18/2023 01:00 PM - 02:00 PM (US/Eastern) | **Individual** | Dereka Ryland-Henry, 7047196 |
| **Birth Date** | 10/08/2002 | **Program** | Supported Living |
| **Medicare Number** | | **Medicaid Number** | |
| **Consultant** | Other: CHILDREN HOSPITAL | **Specialty** | PULMONARY |

**Consultant/Prescriber Signature**

**Date**



**Curtis Cole**

Patrice Newman <pnewman@kbecgroup.com>

Fri 3/4/2022 1:12 PM

To:David Jenkins <david.jenkins@lifelineincdc.org>
Cc:Reginald Rollins <rrollins@kbecgroup.com>;Michelle Lester-Barlow <mlester-barlow@kbecgroup.com>;Drew Berry
<dberry@kbecgroup.com>

Mr. Jenkins,

I have been trying to contact you by phone to arrange that KBEC Group, Inc will take over provider services
regarding Curtis Cole on Sunday, March 6, 2022 at 2pm.  I noticed his medications and documents are kept
in a safe in the living room.  Will Lifeline continue to let him use this until he vacates the apartment?  Can you
please confirm that you have received this email.
Patrice Newman


KBEC Group, Inc
3230 Pennsylvania Avenue, SE
Suite 200
Washington, DC 20020
202.550.9679 (mobile)
202.263.8803 (fax)


This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended
exclusively for the person(s) to whom it is addressed.  Any use, copying, retention, or disclosure by any person other
than the intended recipient or the intended recipient's designee is strictly prohibited.  If you are  not the intended
recipient or their designee, please notify the sender immediately by return e-mail and delete all copies.

**ATTACHMENT 3**

## Re: Final QA Report and Update

Rhoda Makinde <rhoda.makinde@lifelineincdc.com>

Tue 5/16/2023 3:21 PM

To:Jerrell Saddler <jerrell.saddler@lifelineincdc.org>;Chigozie Nwosu <chigozie.nwosu@lifelineincdc.org>;Bolanta Akande <bolanta.akande@lifelineincdc.com>;Frederick Adebayo <frederick.adebayo@lifelineincdc.com>

Good afternoon Mr. Jerrell,

This email is in response to your Final QA Report with the effective last date being May 19th. Lifeline is requesting for at least 4 weeks' notice for proper transition to any QA manager. Three days is not enough to transition. Moreso, I need to meet with all the QA team because I need to clarify with them how the tools are been used and get a better understanding on how the QA spreadsheet and tools work.

Let me know when it is okay to meet with the QA team. I'm available tomorrow at 2pm.

Regards,

**Dr. Rhoda Makinde, M.B.Ch.B, Ph.D(Public Health)**
**Administrator**
1615 Kenilworth Ave NE, Washington, DC 20019
5632 Annapolis Road, Suite 6, Bladensburg MD 20710
(202) 588-8036 (DC Office)
(202) 588-8038 (DC Fax)
(301) 927-7580 (MD Office)
(301) 927-7583 ( MD Fax)
rhoda.makinde@lifelineincdc.com

...................Life is worth living

---

**From:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
**Sent:** Tuesday, May 16, 2023 12:59 PM
**To:** Chigozie Nwosu <chigozie.nwosu@lifelineincdc.org>; Bolanta Akande <bolanta.akande@lifelineincdc.com>; Frederick Adebayo <frederick.adebayo@lifelineincdc.com>
**Cc:** Rhoda Makinde <rhoda.makinde@lifelineincdc.com>
**Subject:** Final QA Report and Update

Good Afernoon Team:

Included in this email are the updated audited results from all programs, including HR and Incident Management.   Effective, Friday, May 19, 2023; all external Audit functions will end and these tasks will be reassigned internally by the Director of Nursing.

Terrell will complete all incidents through Friday, May 19, 2023; including reviewing CRISP DC daily, receiving any notification of incidents from staff, entering incidents in DCCC, Investigation of Incidents and follow up.

The Incident process should be followed explicitly for all Incident Management Activities:

    1. Review all notifications daily in Crisp DC.

2. Enter Incidents found into Allegheny and DCCC.

3. Initiate the Investigation by contacting the staff or beneficiary to confirm the incident.

4. Request the official Incident report from the Staffing Coordinator.

5. After created a communication note in Allegheny all details of the incidents should be entered including future preventative measures of the incident and RN follow up.

6. Space the entire completed Communication Note in the summary/closure section of the DCCC Incident report.

7. Once all area of the incident is completed the incident should be closed by hitting the submission button in DCCC.

8. Daily you should review any open Incident to ensure proper closure this includes:
   a. Any Follow up from Case Management
   b. Any Follow up requested by Liberty

9. A notification should be created in Allegheny providing notification that a hospitalization was logged to the Supervisory Nurse, Staffing Coordinator and Director of Nursing.

10. If you an incident are entered  and you notice that staff has been clocking during the time of the hospitalization a notification should be created in Alleghany to include Mr. Jacque, Ms. Bolanta and Ms. Folasade.  This will alert them to hold the Staff check in order to cancel the billing for the hospitalization period.

11. All incidents must be logged within 24 hours of the incident taking place.

12. The initial Communcation Note should be faxed to PCP informing him/her of the ER Visit or Hospitalization.

See attached completed Incident Report for reference.

Please find attached the updated census with missing notes to date; I will have the final report generated by Friday and Personnel Audit results to date.

Thank you,

**Jerrell Saddler**
**Director of Programs**
(301) 927-7580
(301) 927-7583 (Fax)
jerrell.saddler@lifelineincdc.org
logo

## HHA QA Invoice April 1-30, 2021

### Jerrell Saddler <jerrell.saddler@lifelineincdc.org>

Mon 5/17/2021 7:45 AM

To:Rhoda Makinde <rhoda.makinde@lifelineincdc.com>;Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>;Adeola
<Adeola.lifelineinc@gmail.com>

📎 1 attachments (247 KB)

QA Invoice April 1-30, 2021.pdf;

Dr. Rhoda:

Please approved attached QA Monthly Invoice.

Thank you,

Jerrell

Mail - Rhoda Makinde - Outlook

## HHA QA Invoice April 1-30, 2021

### Jerrell Saddler <jerrell.saddler@lifelineincdc.org>

Mon 5/17/2021 7:45 AM

To:Rhoda Makinde <rhoda.makinde@lifelineincdc.com>;Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>;Adeola <Adeola.lifelineinc@gmail.com>

📎 1 attachments (247 KB)

QA Invoice April 1-30, 2021.pdf;

Dr. Rhoda:

Please approved attached QA Monthly Invoice.

Thank you,

Jerrell



# INVOICE

**# PR DC000084**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| Bill To | | |
|---|---|---|
| **Lifeline, Inc.** | Invoice Date : | 10 Jun 2021 |
| 1615 Kenilworth Avenue NE | Terms : | Due on Receipt |
| Washington | Due Date : | 10 Jun 2021 |
| 20019 DC | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | May 1-31, 2021 - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

## Notes

Thanks for your business.

Payment Options 

## Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.

## RE: June 2021 Invoice - Please Approve

Rhoda Makinde <rhoda.makinde@lifelineincdc.com>

Thu 7/15/2021 1:28 PM

To:Jerrell Saddler <jerrell.saddler@lifelineincdc.org>;Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>

Approved


Sent from my T-Mobile 5G Device


-------- Original message --------
From: Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
Date: 7/15/21 1:17 PM (GMT-05:00)
To: Rhoda Makinde <rhoda.makinde@lifelineincdc.com>, Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>
Subject: June 2021 Invoice - Please Approve


**From:** JL Saddler <message-service@sender.zohoinvoice.com>
**Date:** Thursday, July 15, 2021 at 12:40 PM
**To:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>

**Subject:** Invoice - PR DC000085 from Porter Ripley Consulting Services, Inc. - Sent Using Zoho Invoice

Dear Lifeline, Inc.,

Thank you for your business.

Your invoice PR DC000085 can be viewed, printed or downloaded as a PDF file from the link below. You can also choose to pay it online.

Click to view Invoice

We look forward to doing more business with you.


Regards,
jlsaddler.DC
Porter Ripley Consulting Services, Inc.


Powered by **Zoho Invoice**

## RE: June 2021 Invoice - Please Approve

Rhoda Makinde <rhoda.makinde@lifelineincdc.com>

Thu 7/15/2021 1:28 PM

To:Jerrell Saddler <jerrell.saddler@lifelineincdc.org>;Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>

Approved

Sent from my T-Mobile 5G Device

-------- Original message --------
From: Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
Date: 7/15/21 1:17 PM (GMT-05:00)
To: Rhoda Makinde <rhoda.makinde@lifelineincdc.com>, Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>
Subject: June 2021 Invoice - Please Approve

**From:** JL Saddler <message-service@sender.zohoinvoice.com>
**Date:** Thursday, July 15, 2021 at 12:40 PM
**To:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>

**Subject:** Invoice - PR DC000085 from Porter Ripley Consulting Services, Inc. - Sent Using Zoho Invoice

Dear Lifeline, Inc.,

Thank you for your business.

Your invoice PR DC000085 can be viewed, printed or downloaded as a PDF file from the link below. You can also choose to pay it online.

Click to view Invoice

We look forward to doing more business with you.

Regards,
jlsaddler.DC
Porter Ripley Consulting Services, Inc.

Powered by **Zoho Invoice**

## RE: QA HHA for July 1-31 2021 please approve

Rhoda Makinde <rhoda.makinde@lifelineincdc.com>

Tue 8/17/2021 5:47 PM

To:Jerrell Saddler <jerrell.saddler@lifelineincdc.org>;Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>

Approved

Sent from my T-Mobile 5G Device

-------- Original message --------
From: Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
Date: 8/17/21 1:16 PM (GMT-05:00)
To: Rhoda Makinde <rhoda.makinde@lifelineincdc.com>, Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>
Subject: Re: QA HHA for July 1-31 2021 please approve

Please approve.

## Jerrell Saddler
**Director of Programs**
(301) 927-7580
(301) 927-7583 (Fax)
jerrell.saddler@lifelineincdc.org
logo

---

**From:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
**Sent:** Tuesday, August 10, 2021 3:41 PM
**To:** Rhoda Makinde <rhoda.makinde@lifelineincdc.com>; Adeola Oloniyo <adeola.oloniyo@lifelineincdc.org>
**Subject:** QA HHA for July 1-31 2021 please approve

Dr. Rhoda:

Please approve attached invoice.

Thank you,

Jerrell
Get Outlook for iOS



# INVOICE
**# PR DC000082**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| Bill To | | |
|---|---|---|
| **Lifeline, Inc.** | Invoice Date : | 18 Apr 2021 |
| 1615 Kenilworth Avenue NE | Terms : | Due on Receipt |
| Washington | | |
| 20019 DC | Due Date : | 18 Apr 2021 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | March 1-31, 2021 - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

## Notes

Thanks for your business.

Payment Options   *PayPal*

## Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.

## HHA QA -March 1-31, 2021

**Jerrell Saddler <jerrell.saddler@lifelineincdc.org>**

Fri 4/30/2021 11:28 AM

To:Rhoda Makinde <rhoda.makinde@lifelineincdc.com>;Adeola <Adeola.lifelineinc@gmail.com>

📎 1 attachments (247 KB)

HHA QA March 1-31, 2021.pdf;

Please Approve Attached Invoice.

Thank you,

Jerrell



# INVOICE

**# PR DC000115**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| | |
|---|---|
| Bill To | |
| **Lifeline, Inc.** | |
| 1615 Kenilworth Avenue NE | |
| Washington | |
| 20019 DC | |

| | |
|---|---|
| Invoice Date : | 18 Mar 2023 |
| Terms : | Due on Receipt |
| Due Date : | 18 Mar 2023 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | February 1-28, 2023 - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

Notes

Thanks for your business.

Payment Options    **PayPal**  [≡]

Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.



# INVOICE

**# PR DC000111**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| | |
|---|---|
| Bill To | Invoice Date : |
| **Lifeline, Inc.** | Terms : |
| 1615 Kenilworth Avenue NE | |
| Washington | Due Date : |
| 20019 DC | |

| | Invoice Date : | 18 Nov 2022 |
|---|---|---|
| | Terms : | Due on Receipt |
| | Due Date : | 18 Nov 2022 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | October 1-31, 2022- QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

Notes

Thanks for your business.

Payment Options    **PayPal** 

Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.

8/16/24, 2:28 PM    Fwd: Invoice - PR DC000111 from Porter Ripley Consulting Services, Inc. - adeola.lifelineinc@gmail.com - Gmail

Case 8:24-cv-02345-PX    Document 16    Filed 08/23/24    Page 38 of 70



8/16/24, 2:29 PM     FW: Invoice - PR DC000089 from Porter Ripley Consulting Services, Inc. - Sent Using Zoho Invoice - adeola.lifelineinc@gmail.com ...

Case 8:24-cv-02345-PX    Document 16    Filed 08/23/24    Page 39 of 70



≡   M Gmail     Q   porter ripley         ✕   ⛭

Compose

| | |
|---|---|
| **Inbox** | 2,552 |
| Starred | |
| Snoozed | |
| **Drafts** | 40 |
| More | |

Labels

## FW: Invoice - PR DC000089 from Porter Ripley Consulting Services, Inc. - Sent L

**Jerrell Saddler** <jerrell.saddler@lifelineincdc.org>
to Adeola, me, Rhoda

Dr. Rhoda:

Please approve August 2021 QA Invoice.

Thank you,

Jerrell

**From:** JL Saddler <message-service@sender.zohoinvoice.com>
**Date:** Friday, September 17, 2021 at 12:04 PM
**To:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
**Cc:** jlsaddler.dc@gmail.com <jlsaddler.dc@gmail.com>
**Subject:** Invoice - PR DC000089 from Porter Ripley Consulting Services, Inc. - Sent Using Zoho Invoice

Dear Lifeline, Inc.,

Thank you for your business.

Your invoice PR DC000089 can be viewed, printed or downloaded as a PDF file from the link below. You can also choose to pay it online

Click to view Invoice

We look forward to doing more business with you.


Regards,
jlsaddler.DC

8/16/24, 2:29 PM     Fwd: Invoice - PR DC000110 from Porter Ripley Consulting Services, Inc - adeola.lifelineinc@gmail.com - Gmail

Case 8:24-cv-02345-PX    Document 16    Filed 08/23/24    Page 40 of 70



≡   M Gmail     Q   porter ripley             ✕   ⛭

Compose

Inbox     2,552

Starred

Snoozed

Drafts     40

More

Labels

✉

Your invoice PR DC000110 can be viewed, printed or downloaded as a PDF file from the link below. You can also choose to pay it online

Click to view Invoice

We look forward to doing more business with you.

Regards,
jlsaddler.DC
Porter Ripley Consulting Services, Inc.

Powered by 🧾 Invoice
Manage billing for free with zoho.com/invoice

**One attachment** · Scanned by Gmail

📄 PRDC000110.pdf

[ Reply ]   [ Reply all ]   [ Forward ]   ☺



# INVOICE

**# PR DC000110**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| Bill To | | |
|---|---|---|
| **Lifeline, Inc.** | Invoice Date : | 18 Oct 2022 |
| 1615 Kenilworth Avenue NE | Terms : | Due on Receipt |
| Washington | Due Date : | 18 Oct 2022 |
| 20019 DC | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | September 1-30- QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

Notes

Thanks for your business.

Payment Options   **PayPal**

Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.

8/16/24, 2:30 PM    Fw: Invoice - PR DC000115 from Porter Ripley Consulting Services, Inc. - adeola.lifelineinc@gmail.com - Gmail

Case 8:24-cv-02345-PX    Document 16    Filed 08/23/24    Page 42 of 70

≡   **M** Gmail     Q   porter ripley          ✕   荘

**Compose**

Inbox     2,551

Starred

Snoozed

**Drafts**     40

More

**Labels**

✉

## Fw: Invoice - PR DC000115 from Porter Ripley Consulting Services, Inc.   Inbox ✓

**J**   **Jerrell Saddler** <jerrell.saddler@lifelineincdc.org>
to me, Adeola

### Jerrell Saddler
**Director of Programs**
(301) 927-7580
(301) 927-7583 (Fax)
jerrell.saddler@lifelineincdc.org
🖼logo

**From:** JL Saddler <message-service@sender.zohoinvoice.com>
**Sent:** Monday, March 20, 2023 2:12 PM
**To:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
**Cc:** jlsaddler.dc@gmail.com <jlsaddler.dc@gmail.com>
**Subject:** Invoice - PR DC000115 from Porter Ripley Consulting Services, Inc.

Dear Lifeline, Inc.,

Thank you for your business.

Your invoice PR DC000115 can be viewed, printed or downloaded as a PDF file from the link below. You can also choose to pay it online

Click to view Invoice

We look forward to doing more business with you.



# INVOICE

**# PR DC000108**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

Bill To
**Lifeline, Inc.**
1615 Kenilworth Avenue NE
Washington
20019 DC

| Invoice Date : | 18 Sep 2022 |
|---|---|
| Terms : | Due on Receipt |
| Due Date : | 18 Sep 2022 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | August 1-:1, 2022  - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

Notes

Thanks for your business.

Payment Options    **PayPal**    

Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.



# INVOICE

**# PR DC000089**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

Bill To
**Lifeline, Inc.**
1615 Kenilworth Avenue NE
Washington
20019 DC

| Invoice Date : | 17 Sep 2021 |
|---|---|
| Terms : | Custom |
| Due Date : | 17 Sep 2021 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | August 1-31, 2021 - QA Services for HHA  -Service Includes Virtual Monitoring by Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | |
|---|---|
| Sub Total | 2,500.00 |
| **Total** | **$2,500.00** |
| **Balance Due** | **$2,500.00** |

Notes
Thanks for your business.

Terms & Conditions
Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.



# INVOICE

**# PR DC000115**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| Bill To | | Invoice Date : | 18 Mar 2023 |
|---|---|---|---|
| **Lifeline, Inc.** | | Terms : | Due on Receipt |
| 1615 Kenilworth Avenue NE | | Due Date : | 18 Mar 2023 |
| Washington | | | |
| 20019 DC | | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | February 1-28, 2023 - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| | Sub Total | 2,500.00 |
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

## Notes

Thanks for your business.

Payment Options    **PayPal**

## Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.



# INVOICE

**# PR DC000113**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

| Bill To | | | Invoice Date : | 18 Jan 2023 |
|---|---|---|---|---|
| **Lifeline, Inc.** | | | Terms : | Due on Receipt |
| 1615 Kenilworth Avenue NE | | | Due Date : | 18 Jan 2023 |
| Washington | | | | |
| 20019 DC | | | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | December 1-31, 2022 - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | Sub Total | 2,500.00 |
|---|---|---|
| | **Total** | **$2,500.00** |
| | **Balance Due** | **$2,500.00** |

Notes

Thanks for your business.

Payment Options    **PayPal**

Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.



# INVOICE

**# PR DC000108**

**Balance Due**
**$2,500.00**

**Porter Ripley Consulting Services, Inc.**
Tax ID : 475297595
1401 New York Avenue NE
581
Washington  District of Columbia 20002
U.S.A

Bill To
**Lifeline, Inc.**
1615 Kenilworth Avenue NE
Washington
20019 DC

| Invoice Date : | 18 Sep 2022 |
|---|---|
| Terms : | Due on Receipt |
| Due Date : | 18 Sep 2022 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | August 1-:1, 2022  - QA Services for HHA  -Service Includes Virtual Monitoring by Clinical Professionals with an Additional 28 hours of In-Person Monitoring per month. | 1.00 | 2,500.00 | 2,500.00 |

| | | |
|---|---|---|
| Sub Total | | 2,500.00 |
| **Total** | | **$2,500.00** |
| **Balance Due** | | **$2,500.00** |

Notes

Thanks for your business.

Payment Options    *PayPal* | ☰

Terms & Conditions

Terms & Conditions

Service includes virtual reviews by Clinical Professional and an additional  28 hours of in person monitoring  per month.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**LIFELINE INC**
1615 KENILWORTH AVE
WASHINGTION, DC,20019-3862

Wachovia Bank
District of Columbia
15-0122/0540

**026584**

4/1/2023

PAY TO THE
ORDER OF          Porter Riplay Consulting Services Inc                                        $          **2,500.00

Two Thousand Five Hundred and 00/100*********************************************************************************

DOLLARS

Porter Riplay Consulting
Services, Inc.

MEMO

Consulting fees April

AUTHORIZED SIGNATURE

⑅026584⑅ ⑅054001220⑅ 7174711106⑅

---

**LIFELINE INC**                                                                                    **026584**

Porter Riplay Consulting Services Inc                                      4/1/2023

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 4/1/2023 | Bill | | 2,500.00 | 2,500.00 | | 2,500.00 |
| | | | | | Check Amount | 2,500.00 |

100-10 Wells Fargo D    Consulting fees April                                                        2,500.00

LIFELINE INC.
1615 KENILWORTH AVE
WASHINGTION, DC,20019-3862

026047

Wells Fargo Bank, N.A
District of Columbia
15-0122/0540

11/1/2022

PAY TO THE
ORDER OF      Porter Riplay Consulting Services Inc                              $  **2,500.00

Two Thousand Five Hundred and 00/100****************************************************************      DOLLARS

Porter Riplay Consulting
Services, Inc.

MEMO      Consultancy fee

R. MASindal
AUTHORIZED SIGNATURE      MP

⑈026047⑈ ⑆0540012200⑆ 71747 11106⑈

---

**LIFELINE INC**                                                                      026047

Porter Riplay Consulting Services Inc                          11/1/2022

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 11/1/2022 | Bill | | 2,500.00 | 2,500.00 | | 2,500.00 |
| | | | | | Check Amount | 2,500.00 |

100-10 Wells Fargo D    Consultancy fee                                              2,500.00

ATTACHMENT 4

*LIFELINE INC*

# Job Application Form

**Job(s) for Which You Are Applying:**

_____

Date of Application: _____ First Available Date to Begin Work: _____

**Contact Information**

Last Name: _SADDLER_____ First Name: _JERREL_____ Middle Initial: _L_

Address: _2100  Brooks  Drive  311_____

City: _Forestville_____ State: _MD_ Zip Code: _20747_

Telephone :(_202_) _324 - 466|_ " Daytime" Evening"| Cell_____

DOB_09/06/ 75_ SSN_254_/_06/_472_ Driver's Lic/ID #_____ St ( )

## General Information

- Can you show proof of your eligibility to work in the United States? (Yes) No
- Are you the minimum working age of 18-years-old or older? (Yes) No
- Lifeline Inc facilities are smoke-free environments. Can you adhere to this policy? (Yes) No
- Are you a Lifeline Inc volunteer? " Yes, Now" "Yes, in the Past" (No)
- Have you ever been employed before by Lifeline Inc? " Yes" (No)

  If yes, specify job held / dates of employment._____/ _____

- Do you have friends or relatives already employed by Lifeline Inc? " Yes" (No)

  If yes, list them and indicate relationship:

1._____2_____3_____

**If you answer a yes to any of the following three questions, please explain in space provided on page 4:**

1. Do you have any physical, mental or medical conditions that would interfere with your ability
2. to perform the job for which you are applying? " Yes" (No)
3. Are you currently charged with or have you ever been convicted of any crime, or has your driver's license been suspended? " Yes" (No)
4. Have you ever been suspended or discharged from employment? " Yes" (No)

## Education, Beginning With

| Most Recent Year(s) | School Degree and Major | | Did You Graduate? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Employment History, Beginning With Most Recent

Job Title: _Senior Consultant_ Employed From _2 - 2015_ To _- Present_
Responsibilities: _Senior Consultant_

_____

_____

**Reason for Leaving:**

_____

Employer: _Project Re Direct_
Address: _J 8666 16th Street, SS_
Telephone :(_____) _____ Supervisor: _Walter McGlaw_
- May Lifeline Inc Contact This Employer? " Yes " No (Please provide reason in space provided on page 4)

Job Title: _Director of Community Programs_ Employed From _03/2012_ To _03/2016_
Responsibilities: _____
_____ _Pursue other opportunities_ _____

**Reason for Leaving:**

_____

Employer: _____
Address: _____
Telephone :(_____) _____ Supervisor: _____
- May Lifeline Inc Contact This Employer? " Yes" No (Please provide reason in space provided on page 4)

Job Title: _____ Employed From _____ To _____
Responsibilities: _____

_____

**Reason for Leaving:**

_____

Employer: _____
Address: _____
Telephone :(_____) _____ Supervisor: _____
- May Lifeline Inc Contact This Employer? " Yes " No (Please provide reason in space provided on page 4)

2

**Special Skills**

Describe special skills, experiences, qualifications or accomplishments.

*See Resume*

Describe your computer proficiency. List specific software and your level of experience using it.

*See Resume*

## References

Provide two non-family references and indicate their relationship to you (e.g., employer, teacher, etc.). Each person listed should directly mail a letter of reference to Lifeline Inc at the address provided on page 4.

Name: _____ Relationship to You: _____

Address: _____

Daytime Telephone :(_____) _____ E-mail:_____

Name: _____ Relationship to You: _____

Address: _____

Daytime Telephone :(_____) _____ E-mail: _____

Name: _____ Relationship to you: _____

Address: _____

Daytime Telephone :(_____) _____ Email:_____

## Statement of Understanding

I certify that the statements made in this application are correct and complete to the best of my knowledge. I understand that false, omitted or misleading information may result in rejection of this application or termination of subsequent employment. With the possible exception as indicated on page 2 of this application, I understand that Lifeline Inc may investigate all statements made on my application and release from liability former employers, institutions or persons providing such information to Lifeline Inc.

If accepted for employment with Lifeline Inc, I agree to abide by all of its rules, regulations, policies and procedures. If employed, I understand that I may terminate my employment at any time without notice or cause, and that Lifeline Inc may terminate or modify the employment relationship at any time without prior notice or cause. If employed, I understand that my employment is for no definite period of time and if terminated, Lifeline Inc is liable only for wages and benefits earned as of the date of termination.

Your Signature: _____ Date: _____

3

## Days & Hours you can work

▢Mon----------▢Tue---------▢Wed-----------▢Thurs-----------▢Fri----------▢Sat-----------▢Sun-------

Lifeline Inc is an equal opportunity employer and considers applicants for all positions without regard to race, religion, gender, national origin, age, ancestry, sexual orientation, marital or veteran status, disability or any other legally protected status.

## Attach

## Resume and Any Other Relevant Materials.

## Mail To:

*1615 Kenilworth Avenue NE*

*Washington, DC 20019*

| OFFICE USE ONLY FOR FACE TO FACE INTERVIEW | | | |
|---|---|---|---|
| DT....... | NT........ | PR......... | PF....... |

Space below intentionally left blank for use of applicant to provide details on answers to application questions.

**Lifeline Inc.**

... **Your Life Is Worth Living** .

## *EMPLOYEE EMERGENCY CONTACT*

*EMPLOYEE NAME:* Jerrell L Saddler

*ADDRESS:* 1401 New Yak Ave, NE WDC 20002

*SSN:* _ _ _  _ _ _ _ _ _          *PHONE NUMBER* (202) 324-4661

### *Person(s) To Contact In Case Of Emergency*

*NAME:* Susie M. Edwards

*ADDRESS:* _____

*PHONE NUMBER* (912) 437-4155 *RELATIONSHIP* Grand mother

*NAME:* _____

*ADDRESS:* _____

*PHONE NUMBER* (_____) _____          *RELATIONSHIP* _____

1615 Kenilworth Avenue, NE Washington DC  20019, #1 (202 588-8014/8837 Office, (202)-588-8838 Fax

7

Lifeline Inc,

… **Your Life Is Worth Living** .

## STATEMENT OF CONFIDENTIALITY

Please read the following statement and sign at the bottom.

As an employee of Lifeline Inc., I have access to both the Agency and Clients information which are sensitive and confidential.

I understand that I cannot discuss Clients diagnosis, share or distribute any personal information verbally or written outside the Agency.

I understand I am authorized to share Clients information only to assigned Aides and Staff of Lifeline Inc., and I agree to abide by Lifeline Inc. Privacy Policy.

I understand that violation of this statement of confidentiality will result in a material breach of contract by me, and I may be subject to appropriate disciplinary actions, civil damages, and criminal prosecution under state law.

By signing below, I acknowledge that I have read and understood the above statement.

Sign Employee ------------------------------------     Date --- a/20/2017

Sign Supervisor ----------------------------------     Date --- 09/20/17

1613 Kenilworth Avenue, NE Washington DC  20019, #1 (202) 583-8036/ 8037 Office. (202) 583-8035 Fax

8

**Lifeline Inc.**

... Your Life Is Worth Living.

## Acceptance Statement

I, the undersigned acknowledge that as part of my responsibility while working for Lifeline Inc, I might need to use my personal vehicle to transport my individual when needed to Medical Appointment or as assigned by my Employer.

By signing below, I acknowledge that I have read and understood the above statement.

Sign Employee --------------------------------    Date ---- 9/20/2017 ----

Sign Supervisor -------------------------------    Date 09/20/17 --------



TRUST, QUALITY OF SERVICE, INNOVATION
LIFE IS WORTH LIVING WITH LIFELINE ...............

L I F E L I N E
I N C O R P O R A T E D

## Acceptance Statement Form

I, ~~Terrell Suddl~~ --------------------------, the undersigned
acknowledge that Lifeline does not allow Employees to work more than forty (40)
hours and therefore do not pay for overtime.

By signing below, I acknowledge that I have read and understood the above
statement.

Sign Employee---------------------------

Date 20 Sept 17

Sign Supervisor----------------------

Date 09/20/17

Lifeline 2833 Georgia Ave, NW, Ste B1, Washington, DC, 20001Phone #: 202 588 8036, Fax: 202 588 8038.

Page 4

**ATTACHMENT 5**

## Good Morning - My Transition

Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
Mon 11/13/2023 7:18 AM
To:Rhoda Makinde <rhoda.makinde@lifelineincdc.com>

November 13, 2023

Rhoda Makinde, CEO
1615 Kenilworth Avenue NE
Washington, DC 20002

Dear Dr. Rhoda,

I hope this message finds you well. I wanted to speak with you in person; however, your schedule has been unavailable. I am writing to inform you of a significant change in my personal circumstances that impacts my ability to continue full-time with Lifeline. As the designated caregiver for my grandmother, my family commitments have increased, making it challenging for me to maintain my current work schedule.

However, I am committed to Lifeline and propose a transition to a part-time role, where I can offer my services remotely for at least 25 hours per week. In this capacity, I believe I can effectively manage the following responsibilities:

**Home Health Agency (Kenilworth)**
Presence for all Surveys (EPD, State, and others) with additional hours during that period.
Completion of all Incidents and Investigations for HHA Incidents.
Daily entry of Incidents for HHA.
Maintenance of an active Census for both State, EPD, and MCO HHA beneficiaries.
Timely reporting of Missing Monthly Visit Notes (MVN) Notes.
Timely reporting of expiring Plan of Care (POC).
Timely reporting of expiring Re-Certifications.
Timely reporting of Missing 62 Days notes.
Daily call handling for both DDS/HHA.
Training for Administrative Staff and New hires.
Resolution of escalated Beneficiary Issues.
Maintenance of rapport with Regulatory Agency Contacts.
Continuation of all Quality Assurance Processes to support overall operations.

**DDS Medicaid Waiver  (Bladensburg)**
Presence for all Provider Certification Reviews.
Oversight of all Quality Assurance Activities
Completing Quarterly CIP
Responding to MCIS Issues
Communication of all Prior Authorization issues.
Oversight of the completion and review of all Quarterly Reports, ensuring timely submission as per regulation.

If this proposed transition does not align with the organization's needs, I am prepared to tender my resignation, effective Friday, November 17, 2023.

I am deeply grateful for the opportunity to have served Lifeline for the past eight years. The relationships I've built and the knowledge I've gained during this time are invaluable. I eagerly await your decision and am hopeful for a positive outcome that benefits both Lifeline and my personal circumstances.

Thank you for your understanding and consideration.


With kind regards, I remain



**Jerrell Saddler**
**Director of Programs**
(301) 927-7580
(301) 927-7583 (Fax)
jerrell.saddler@lifelineincdc.org
logo

## Re: Good Morning - My Transition

**Rhoda Makinde** <rhoda.makinde@lifelineincdc.com>
Thu 11/16/2023 3:36 PM
To:Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
Cc:pmakinde@gmail.com <pmakinde@gmail.com>

Good afternoon Mr. Jerrell.

Lifeline has accepted your proposal as a part-time contractor with the following additional agreement to your terms:

1. Management reserves the right to add, modify, change, or rescind the work assignments of different positions and to make reasonable accommodations so that qualified employees can perform the essential functions of the job.

2. Increase in productivity, clientele, and Profit: The survival of an organization is dependent on maximizing profits from existing capabilities while recognizing and adjusting to the fact that what may work today, may not necessarily work in the future.

   Your present position placed you as one of the leaders/top management staff within the Lifeline management team. Hence, note that for us to make or maintain our company's profitability, leaders must work effectively and efficiently to ensure an increase in the clientele of the organization annually.

   However, leaders may sometimes struggle to adapt to their organization in response to change if they limit their focus to existing products and processes. This is why new opportunities must be explored while maintaining profitable business in the industry.

   Understanding how to manage the balance between employees, adopting innovation, and maximizing short-term profits is critical to top management, ensuring a viable future for this organization. Therefore, an increase in productivity, clientele and profit is also part of your utmost responsibility.

Best regards,

**Dr. Rhoda Makinde, M.B.Ch.B, Ph.D(Public Health)**
**Administrator**
1615 Kenilworth Ave NE, Washington, DC 20019
5632 Annapolis Road, Suite 6, Bladensburg MD 20710
(202) 588-8036 (DC Office)
(202) 588-8038 (DC Fax)
(301) 927-7580 (MD Office)
(301) 927-7583 ( MD Fax)
rhoda.makinde@lifelineincdc.com

...................Life is worth living

**From:** Jerrell Saddler <jerrell.saddler@lifelineincdc.org>
**Sent:** Monday, November 13, 2023 7:18 AM
**To:** Rhoda Makinde <rhoda.makinde@lifelineincdc.com>
**Subject:** Good Morning – My Transition

November 13, 2023

Rhoda Makinde, CEO
1615 Kenilworth Avenue NE
Washington, DC 20002

Dear Dr. Rhoda,

I hope this message finds you well. I wanted to speak with you in person; however, your schedule has been unavailable. I am writing to inform you of a significant change in my personal circumstances that impacts my ability to continue full-time with Lifeline. As the designated caregiver for my grandmother, my family commitments have increased, making it challenging for me to maintain my current work schedule.

However, I am committed to Lifeline and propose a transition to a part-time role, where I can offer my services remotely for at least 25 hours per week. In this capacity, I believe I can effectively manage the following responsibilities:

**Home Health Agency (Kenilworth)**
Presence for all Surveys (EPD, State, and others) with additional hours during that period.
Completion of all Incidents and Investigations for HHA Incidents.
Daily entry of Incidents for HHA.
Maintenance of an active Census for both State, EPD, and MCO HHA beneficiaries.
Timely reporting of Missing Monthly Visit Notes (MVN) Notes.
Timely reporting of expiring Plan of Care (POC).
Timely reporting of expiring Re-Certifications.
Timely reporting of Missing 62 Days notes.
Daily call handling for both DDS/HHA.
Training for Administrative Staff and New hires.
Resolution of escalated Beneficiary Issues.
Maintenance of rapport with Regulatory Agency Contacts.
Continuation of all Quality Assurance Processes to support overall operations.

**DDS Medicaid Waiver  (Bladensburg)**
Presence for all Provider Certification Reviews.
Oversight of all Quality Assurance Activities
Completing Quarterly CIP
Responding to MCIS Issues
Communication of all Prior Authorization issues.
Oversight of the completion and review of all Quarterly Reports, ensuring timely submission as per regulation.

If this proposed transition does not align with the organization's needs, I am prepared to tender my resignation, effective Friday, November 17, 2023.

I am deeply grateful for the opportunity to have served Lifeline for the past eight years. The relationships I've built and the knowledge I've gained during this time are invaluable. I eagerly await your decision and am hopeful for a positive outcome that benefits both Lifeline and my personal circumstances.

Thank you for your understanding and consideration.


With kind regards, I remain



**Jerrell Saddler**
**Director of Programs**
(301) 927-7580
(301) 927-7583 (Fax)
jerrell.saddler@lifelineincdc.org
logo

**ATTACHMENT 6**

**Heartfelt Apologies and Clarifications**

Bassey Norman ▰▰▰▰▰▰▰▰▰▰▰▰

Thu 4/4/2024 8:40 PM

To:Rhoda Makinde <rhoda.makinde@lifelineincdc.com>
Cc:lifelinedc@yahoo.com <lifelinedc@yahoo.com>

Dear Dr. Rhoda,

I hope this Email finds you in good health and spirits.

I want to express my deepest apologies for any distress my actions may have caused you. It was never my intention to make you feel disrespected or undermined. My actions were born out of ignorance, not malice, and for that, I am profoundly sorry.

Lifeline has always been my top priority. Over the years, I've had numerous job opportunities come my way, but I turned them down because I valued my position at Lifeline above all else. The fear of disappointing you always loomed large in my decisions. It was only recently that I learned about the possibility of pursuing additional employment without compromising my responsibilities at Lifeline, something I noticed was common among other QIDP. This revelation came at a time when I was struggling with significant financial burdens, including daycare expenses for my child, car loans, rent, and other bills. Faced with these challenges and feeling isolated in my struggles, I found it difficult to approach you for assistance, especially knowing the challenges you were dealing with, including fraudulent check activities with company check.

The decision to accept another job was not made lightly but out of a desperate need to support my family financially. I assure you, it was never intended as a slight against Lifeline or an attempt to undermine your leadership.

I've heard concerns about a possible conspiracy or ill will towards you and the company by me, and I want to clarify unequivocally that I have never harbored such intentions. I swear on my life that my actions were not meant to harm Lifeline or take any clients away. My commitment to my duties has always been paramount, striving to ensure that my responsibilities are fulfilled with the utmost care and dedication.

I also realize and deeply regret the misuse of Lifeline's resources. It was a grave error in judgment, and I earnestly ask for your forgiveness.

Please understand that my actions were driven by necessity, not a lack of loyalty or respect. I value the opportunities I've had at Lifeline, and I am truly sorry for any pain or inconvenience I may have caused you. My hope is to find a path to reconciliation and to continue contributing positively to our shared goals.

With sincere apologies and the hope for your understanding,

Bassey Norman

Case 8:24-cv-02345-PX    Document 16    Filed 08/23/24    Page 67 of 70

Program coordinator
Lifeline Inc.
5632 Annapolis Road
Bladensburg MD 20710
301-927-7580
Cell: 202 - 480 - 1972

**ATTACHMENT 7**

1:42 ⦿ ⦿ ⦿ 🔒 ⦿ ⦿ •    ⦿ 5G UC ⫴ 71% ▪

✕    ˅    ˄    npidb.org    NORMDINIX...    ⋏    ▢    •••
                          ⛭

# NPI Profile & details for NORMDINIX HEALTHCARE INC

| | |
|---|---|
| **NPI Number** | 1649906785 |
| **LBN Legal business name** | NORMDINIX HEALTHCARE INC |
| **Authorized official** | NORMAN BASSEY - (CEO) |
| **Entity** | Organization |
| **Organization subpart [1]** | No |
| **Enumeration date** | 07/30/2022 |
| **Last updated** | 07/30/2022 - About 2 years ago |
| **Identifiers** | n/a |

[1] Some organization health care providers are made up of components that furnish different types of health care or have separate physical locations where health care is furnished. These components and physical locations are not themselves legal entities, but are part of the organization health care provider (which is a legal entity). A covered organization provider may decide that its subparts (if it has any) should have their own NPI numbers. If a subpart conducts any HIPAA standard transactions on its own (e.g., separately from its parent), it must obtain its own NPI number.

≡    ○    ˄

1:42  5GUC 71%

npidb.org
NORMDINIX...

# NORMDINIX HEALTHCARE INC

*Developmental Disabilities*

An entity, facility, or distinct part of a facility providing comprehensive, multidiscipline diagnostic, treatment, therapy, training, and counseling services to children with congenital disorders that precipitate developmental delays and in many instances mental deficiencies (e.g., Cerebral Palsy, metabolic disorders, Sturge-Weber Syndrome, etc.).



**Washington Area Clinical Center**
Accepting New Patients · Mental Health Services

OPEN 8:30AM–8PM

2905 Mitchellville Road Suite 204, Bowie



Call     Website     Share     Tweet     Reviews