# SCHEDULE A

|    | Last name, First name |
|----|----------------------|
| 1  | AANUOLUWAPO, AWOYINFA |
| 2  | ABAYOMIA,OYETUBO |
| 3  | ABEIYA,HELMINA |
| 4  | ABESIN,ABIODUN |
| 5  | ABIMBOLA, OLAIYA |
| 6  | ABIMBOLA,OLUSEGUN |
| 7  | ABIMBOLA-PETERS, OYETUMILARA |
| 8  | ABIODUN, AKINBINU |
| 9  | ABIODUN, AKINKUGBE |
| 10 | ABIODUN,AKINWOLE |
| 11 | ABIOLA,ADISA |
| 12 | ABIONA,TAIWMO |
| 13 | ABISOLA, WRIGHT |
| 14 | ABOH,NKEMKENG |
| 15 | ABUNGABEH,IYTA |
| 16 | ACHA, NJANG NJANG |
| 17 | ACHANKENG, COLUMBUS FORETI |
| 18 | ACHO FORCHICK,FRANKLINE |
| 19 | ADAMA, YVONNE |
| 20 | ADAMAVI,KOMI |
| 21 | ADEBANWO, TAILAH |
| 22 | ADEBAYO,ADEGBOYEGA |
| 23 | ADEBAYO,GBOLAGADE |
| 24 | ADEBAYO,GIOVANNE |
| 25 | ADEBAYO,OLUWAKEMI |
| 26 | ADECK  CALVIN,MUDOH |
| 27 | ADEFENWA,ESTHER |
| 28 | ADEFENWA,TAJEDUN KOLA |
| 29 | ADEFUYE,ABOLAJI |
| 30 | ADELOYE,IDOWU |
| 31 | ADEPARIOYE,ADETUTU |
| 32 | ADEREMI,SUNDAY |
| 33 | ADEREMI,TINUADE |
| 34 | ADERONKE,ADERIYE |
| 35 | ADERONKE,BARRETT |

| | |
|---|---|
| 36 | ADESINA,RANTI |
| 37 | ADESOKAN,AHMED |
| 38 | ADETAYO,MICHAEL |
| 39 | ADEWALE,OKUMODI |
| 40 | ADEWOLE,OLUBUNMI |
| 41 | ADEWUMI,FOLASHADE |
| 42 | ADEYALE,KEMI |
| 43 | ADEYANJU,BILIKIS |
| 44 | ADEYANJU,TUNDE |
| 45 | ADEYEFA,FUNKE |
| 46 | ADU,OLUWATOYIN |
| 47 | AFOUSSATH,AMOUSSA |
| 48 | AGANA,NNENNA |
| 49 | AGBAJE,YETUNDE |
| 50 | AGBOR,MARY W |
| 51 | AGWENJANG,LESLY |
| 52 | AGWENJANG,RENE |
| 53 | AGWI,BLESSING |
| 54 | AGYINGI,OSCAR |
| 55 | AHOUANSOU,LOUISE |
| 56 | AJAYI,ANTONY |
| 57 | AKAH,SALLY |
| 58 | AKANDE,ELIZABETH |
| 59 | AKANDE,WILLIAM |
| 60 | AKANJI,CHRISTABEL |
| 61 | AKERELE,ABIMBOLA BEN |
| 62 | AKINJIDE,AKINWALE |
| 63 | AKINKUGBE,ROTIMI |
| 64 | AKINNIRANYE,IFESINACHI |
| 65 | AKINRINSOLA,SILIFAT |
| 66 | AKINSANMI,OLUWAGBENGA |
| 67 | AKINSETE,TEMITOPE |
| 68 | AKINSHADE,OMOLARA |
| 69 | AKINSHADE,RACHEL |
| 70 | AKINTEMI,FIKESOLA |
| 71 | AKINWUNMI,WILLIAM |
| 72 | AKINYEMI,AYODEJI |
| 73 | AKINYEMI,OLAYINKA |
| 74 | AKOMOLEDE,OLAYINKA |
| 75 | AKPO,AYELE |
| 76 | ALADE,IDOWU |

| 77  | ALADE,OLABANJI |
|-----|----------------|
| 78  | ALADETIMI,DAMILOLA |
| 79  | ALAOFIN,RACHAEL |
| 80  | ALLISON,FLORENCE |
| 81  | AMADI,HELENA |
| 82  | AMAECHI,PRISCA |
| 83  | AMELIE,KEMOGNE |
| 84  | AMINATOU,CORINE |
| 85  | ANABARAONYE,TOBIAS |
| 86  | ANGHIE,LAURA |
| 87  | ANIM,ELIZABETH |
| 88  | ANYADIEGWU,RAPHAEL |
| 89  | ANYAM,CHARLOTTE |
| 90  | AROWOSESO,OLAGOKE |
| 91  | ASEH,JENNET |
| 92  | ASEH,JUSTINE |
| 93  | ASHAOLU,BEATRICE |
| 94  | ASHIRU,MONSURAT |
| 95  | ASHIRU,SEGUN |
| 96  | ASONG,MARTHA |
| 97  | ASONGANYI,ROSALINE |
| 98  | ASONUGHO,YANNICK |
| 99  | ATEM,EMEASONG FLORENCE |
| 100 | ATIE,GEORGE |
| 101 | ATOH P,FUH |
| 102 | ATUD,SHANTAL |
| 103 | AWA,SIMPARA |
| 104 | AWOH,DOROTHY |
| 105 | AWOSIKA, OLAMIDE EKUNOLA |
| 106 | AWOYINFA,VICTORIA |
| 107 | AYIBISSE,ROSE |
| 108 | AYONG,CLARISSE |
| 109 | AZAH,ADELINE |
| 110 | AZIWOH,FLORA |
| 111 | AZUBUIKE,FLORENCE |
| 112 | BABILA,DESMOND |
| 113 | BAH,ALIMATU |
| 114 | BAH,OSMAN |
| 115 | BAIDEN,BENJAMIN NAANA |
| 116 | BAIYEWU,AYOTUNDE |
| 117 | BAKARE,ELIZABETH |

| | |
|---|---|
| 118 | BALLA,MICHEL |
| 119 | BAMIGBEGBIN,SAMSON |
| 120 | BANGALIE, CHARLES J |
| 121 | BANGURA, VERONICA |
| 122 | BANGURA,ZAINAB |
| 123 | BANKOLE,OLUSHOLA |
| 124 | BARRIE,MAMUD |
| 125 | BASSEY,BASSEY |
| 126 | BECHEM,ELIZABETH |
| 127 | BELL,JEANNE |
| 128 | BELLO,MARIAM |
| 129 | BENDU,JANE |
| 130 | BENKA-COKER,STEVE |
| 131 | BERHANE,SARAH |
| 132 | BESONG,EMILIA |
| 133 | BETTY,OFON |
| 134 | BIH,SHU |
| 135 | BIJEMIA,WINIFRED |
| 136 | BINNING,JOHNELL |
| 137 | BIOGOLO,NANETTE |
| 138 | BISOLA, KAFAYAT AZEEZ |
| 139 | BITSIMO,CHARLIE |
| 140 | BOAKYE, APPEAKORANG |
| 141 | BOGHUIMA,DELPHINE |
| 142 | BOH,CHRISTA |
| 143 | BUKOLA,MURITALA |
| 144 | BUKOLA,SONOKI |
| 145 | BURWELL,BUKUNNI |
| 146 | CABINDA,ANTONIA |
| 147 | CHE,IMELDA |
| 148 | CHE,LOVELINE |
| 149 | CHENUE,EMMANUEL |
| 150 | CHENWI,CLIFSON |
| 151 | CHEUJI,VANESSA |
| 152 | CHI,STEVEN |
| 153 | CHIDINMA,UKA |
| 154 | CHIGOZIE,NWOSU |
| 155 | CHINTUWA,GEORGE |
| 156 | CHUKWUEKE,ROSEMARY |
| 157 | CIDOLINE ANGWI,MBANWI |
| 158 | CISSE, OUMOU |

| | |
|---|---|
| 159 | COKER,AJARA |
| 160 | COKER,REBECCA |
| 161 | CONTEH, AROUN |
| 162 | CONTEH,IBRAHIM |
| 163 | CONTEH,MARIAN |
| 164 | CONTEH,MEMUNATO |
| 165 | CROUCH,ANTONIO |
| 166 | DADA,HENRY |
| 167 | DARAMOLA,TAIWO A |
| 168 | DARAMOLA,TAIWO O |
| 169 | DE BOSMAN, LOBBE JUNIOR |
| 170 | DIBABONGA,DOLINE |
| 171 | DJOMO DJOMO,JULES |
| 172 | DONKOR,PATRICK |
| 173 | DUDUN,PATRICK |
| 174 | DUMON,HENRY |
| 175 | EBOT, OTANG |
| 176 | ECHE,CALEB |
| 177 | ECHENDU,SUZY |
| 178 | EDEYINKA,OGUNDIPE |
| 179 | EDIAGE,ELIZABETH |
| 180 | EDILI,EMMANUEL |
| 181 | EGBE,ROSE |
| 182 | EGWUATU,ANTHONY |
| 183 | EHIRIM,PATRICK |
| 184 | EICHIE,MILHCENT |
| 185 | EICHIE,MORGAN |
| 186 | EJATU,BARRIE |
| 187 | EKANE B, COMFORT |
| 188 | EKOKOBE,FLORENCE |
| 189 | EMANNUEL,TABOKO |
| 190 | EMENKENG,MORFAW |
| 191 | ENDAM UKU EPSE,CALISTA |
| 192 | ENDOAKU,EMMACULATE |
| 193 | ENGONWIE,NDAM |
| 194 | ENGWALI,CLEMENTINA |
| 195 | ENJECK,COMFORT |
| 196 | ENONGENE,NELSEN SAH |
| 197 | ENTHONETTEE,OGUDO |
| 198 | EPIE,ETOTO |
| 199 | EPSE NGANSOP,MEGACHE |

| | |
|---|---|
| 200 | ERONINI,CATHERINE |
| 201 | ESONG,VICTORINE |
| 202 | EULOGE,YOPA |
| 203 | EZEOGU,CHINYERE |
| 204 | EZEOGU,FRANCIA |
| 205 | EZUOKE,AUGUSTINE |
| 206 | FAJOBI, IFEOLUWA |
| 207 | FAJOBI,ENIOLA |
| 208 | FATMATA,JALLOH |
| 209 | FERDINAND,AKESSE |
| 210 | FINJE,MARIE |
| 211 | FNU,ATUH |
| 212 | FNU,ITA-MEYEH NDZEWIYI |
| 213 | FOBE,NICOLINE |
| 214 | FOFANAH,HAWA |
| 215 | FOFUNG,VERA |
| 216 | FOLAKE,OLABANJI |
| 217 | FOLASADE,FAMAKINWA |
| 218 | FOLASADE,OKELOLA |
| 219 | FOLEFAC,MARY |
| 220 | FOLEFAC,SERAPHINE |
| 221 | FOLORUNSHO, ADENIKE |
| 222 | FOMBAD,SANDRINE |
| 223 | FOMENKY,MIRABEL |
| 224 | FON,BERNADETTE |
| 225 | FON,DESDMOND |
| 226 | FON,MERCY |
| 227 | FONCHAM,LINDA |
| 228 | FORBELA,HELEN |
| 229 | FORD,KIMBERLY |
| 230 | FORDE,ALEX |
| 231 | FREDERIQUE,YEBGA NTAP |
| 232 | FREDRICK,ABIMBOLA-PETERS |
| 233 | FRI, LADI |
| 234 | FRU,ELIZABETH |
| 235 | FRU,ITA |
| 236 | FRU,JEPHTHAH |
| 237 | GBADEGESIN,BOLANLE |
| 238 | GBASSA,AMINATA |
| 239 | GBOLAHAN,AFOLABI |
| 240 | GHEBREMARYAM,DANAIT |

| | |
|---|---|
| 241 | GHISLAINE,TCHUENBOU |
| 242 | GILBERT,NICOLE |
| 243 | GOBINA,KAREN |
| 244 | GODWIN,UKPAI |
| 245 | GOMES, ABISOLA |
| 246 | GOODWILL,LEONARD |
| 247 | GORDEN,FIOBOTEI |
| 248 | GRANT,PRINCESS |
| 249 | GRINER-WOODARD,WENDY |
| 250 | GUETABA,EFERWA |
| 251 | HAIRAT,NEAL |
| 252 | HANNAH,DEMBY |
| 253 | HANSON,MABEL |
| 254 | HART,JANET |
| 255 | HOLSTON,MARIA |
| 256 | IBIOK,OKON G |
| 257 | IDRIS, ADEWALE |
| 258 | IFFA ITOH,SANDRA |
| 259 | IGHAVONGBE,PEACE |
| 260 | IHEBINANDU,LINDA |
| 261 | IKPEZE,ELIZABETH |
| 262 | ILUMOKA,TAWAKALITU |
| 263 | ISHOLA,OTUNUBI |
| 264 | ISLAMIAT,SANNI |
| 265 | ITA M, SHU |
| 266 | ITAMBI, LINDA |
| 267 | ITOH, SANDRA |
| 268 | IWENJIWE,JOHN C |
| 269 | IWUCHUKWU,EUNICE |
| 270 | JACKSON,JANICE |
| 271 | JAFF,BEATRICE |
| 272 | JARWEE, SARAH |
| 273 | JIDEOFOR,NGOZI |
| 274 | JOHN,HENRY |
| 275 | JONATHAN, EVA |
| 276 | JONES,DAVON |
| 277 | KABA,FANTA |
| 278 | KABIA,FELIX |
| 279 | KADANG,MARIA |
| 280 | KADIO EPSE KOUAME,HOTTOUO |
| 281 | KADJE,CLAUDE |

| | |
|---|---|
| 282 | KAKE,SEKOU |
| 283 | KAMANDA,GARRY |
| 284 | KAMGA,MARCEL |
| 285 | KAMGUNA, RAMADHANI |
| 286 | KAMOGELO,NGELE |
| 287 | KAMWA,DIEUDONNE |
| 288 | KANU,ISATA |
| 289 | KAPCHE TAGNE,KARELLE LINDA |
| 290 | KARIMI,JANE |
| 291 | KEH,CLINTON |
| 292 | KEHLA,NORA-CLAIRE |
| 293 | KEM BUMBARA,GERALDINE |
| 294 | KHADIJATU,GATAWEH |
| 295 | KIKELOLA,OLASOPE |
| 296 | KIMBAM,NOELA |
| 297 | KINYOCK,MARIE |
| 298 | KOFELE,LUDWIG |
| 299 | KOLAWOLE,OLUWAKEMI |
| 300 | KOROMA,MOHAMED |
| 301 | KOROMO, KADIATU |
| 302 | KOUAME,KONAN |
| 303 | KOUASSI,AHLONKO |
| 304 | KRITIKOS,IRENE |
| 305 | KUATE,JEAN |
| 306 | KUFORIJI,MARGARET |
| 307 | KUNLE,AWOFISIBE |
| 308 | KUNU,AMAVI |
| 309 | LAWAL,AYO |
| 310 | LAWAL,BILIKIS |
| 311 | LAWRENCE,ATIE |
| 312 | LAWRENCE,BRENDA |
| 313 | LAWSON,LATEVI |
| 314 | LEBBIE,ABIGAIL |
| 315 | LEBBIE,MARIATU |
| 316 | LINDALINE,NCHO ENAWMBI |
| 317 | LOKENDO,EMILIO |
| 318 | LYONGA,STEPHEN |
| 319 | MAIGA,ANGEL |
| 320 | MAIGA,ANGELA |
| 321 | MANDELA,ATUD |
| 322 | MANGWI,NADESH |

| 323 | MANSARAY,ADAMA |
| --- | --- |
| 324 | MANTOHBANG,JOHN |
| 325 | MANYONG, TEMBUH |
| 326 | MARKMELA,EKILLI MENGE |
| 327 | MARQUISE,CHEMO |
| 328 | MAYI,ERNESTINE |
| 329 | MBA,ENDON |
| 330 | MBABIT, JUDELY |
| 331 | MBACHICK,ESTLE |
| 332 | MBACHICK,SHEILA |
| 333 | MBAH,COLLINS |
| 334 | MBAH,EMILLEN E. |
| 335 | MBAH,ESTHER |
| 336 | MBAH,FLORIBERT |
| 337 | MBAH,MBITEGHAMBO |
| 338 | MBANWEI,VIRGINIA |
| 339 | MBANWI,BIH |
| 340 | MBANWI,CIDOLINE ANGWI |
| 341 | MBANWI,ELIZABETH |
| 342 | MBANYAMSIG,VICTORINE |
| 343 | MBAPNGONG,GEORGETTE |
| 344 | MBARMER,FERLISTA |
| 345 | MBECHA,CLOVICE |
| 346 | MBENG,NGWEDJANG |
| 347 | MBEPBEB,CLAUDINE |
| 348 | MBOH,MARIE LOUISE |
| 349 | MBONGO,EMMACULATE |
| 350 | MBUH SUPPO,ELISABETH |
| 351 | MBUH,EMMANUEL |
| 352 | MBUNA,MARTIN |
| 353 | MBUUH,YVONNE |
| 354 | MEJANG,EVELYN |
| 355 | MELODIA,TIFANG |
| 356 | MENGING,KUH |
| 357 | MENGING,RUPINA LUH |
| 358 | MISSPA,MBANWEI |
| 359 | MOHAMED, ASHA |
| 360 | MOKOM,SHELA |
| 361 | MONGIDOR, MARGARET MANDE |
| 362 | MORAFA, ADEBAYO |
| 363 | MOSES, TOLULOPE |

| 364 | MOTSHIDI,PALESA |
|---|---|
| 365 | MOUKAM,NARCISSE |
| 366 | MOWOH,VICTOR T |
| 367 | MTONG BAMU,FRANKLIN |
| 368 | MUKO NEBA STEPHEN |
| 369 | MUKO,NEBA |
| 370 | MUKOM,ROBERT |
| 371 | MUKWE, QUEENTER |
| 372 | MUSTAPHA,HELLEN |
| 373 | MUWUD,TIFUH |
| 374 | NADEGE,MUSONG |
| 375 | NADESH,MUKUM |
| 376 | NASURU,TAHIRU |
| 377 | NCHANG, BELNICE |
| 378 | NCHOTEBAH,MARY |
| 379 | NCHUO,BOUNZUO |
| 380 | NDANGA,DANIEL |
| 381 | NDAPA,STANLEY |
| 382 | NDAYAH,JEROME |
| 383 | NDEH,LEZETH FNU |
| 384 | NDI,ELSIE |
| 385 | NDI,NSUFOR |
| 386 | NDI,PAMELA |
| 387 | NDI,ROGER |
| 388 | NDIFOR,CYNTHIA |
| 389 | NDIKUM,CAROLINE |
| 390 | NDIKUM,LOVELINE |
| 391 | NDIKUM,NENGA |
| 392 | NDOBEGANG,SUSAN |
| 393 | NDUKWU, TRUST |
| 394 | NDUM, FNU FIDELIS |
| 395 | NDUM,CYNTHIA |
| 396 | NEBA,CORNELIUS |
| 397 | NEH,PASCALINE |
| 398 | NENG,EDWIN |
| 399 | NFON,LIZETTE |
| 400 | NGAH,FELICITAS |
| 401 | NGANSI,DANIELLE |
| 402 | NGASSA SIMO,ROMEO |
| 403 | NGEH, QUINTA MOFOR |
| 404 | NGEH,HEIDY |

| | |
|---|---|
| 405 | NGELAH,CARINE |
| 406 | NGEUGAUM,ROGER |
| 407 | NGIDE, WILSON |
| 408 | NGOGNONG,MOUOPE |
| 409 | NGOH A,ACHA |
| 410 | NGOH,CLAUDINE |
| 411 | NGOH,HELEN |
| 412 | NGONDIEP,CONSTANT |
| 413 | NGONLA-LONLA,LAURENCE |
| 414 | NGOUEKO,ANGELE SYLVIE |
| 415 | NGOZI,GEATHERS |
| 416 | NGOZY MARYANN,JIDEOFOR |
| 417 | NGUETCHO,CHARLES |
| 418 | NGUM,IMMACULATE |
| 419 | NGUNGE,LYNDA |
| 420 | NGUNGWA,NCHWIMEH |
| 421 | NGWA,CELESTIN |
| 422 | NGWA,STANLEY |
| 423 | NJAMNSHI,VALENTINE |
| 424 | NJEI,KANG |
| 425 | NJEMANZE,LEO |
| 426 | NJEMANZE,LILLIAN |
| 427 | NJETI,LOVELINE |
| 428 | NJILA,CHANTAL |
| 429 | NJINDA,STHEPHANIE |
| 430 | NJODZEKA,LILIAN |
| 431 | NJOKU-EBERE,RITA |
| 432 | NKAMNGO,CHRISTOPHER |
| 433 | NKENG,VANNESSA |
| 434 | NKENGANYI,EMMANUEL |
| 435 | NKOFO,MEVIS |
| 436 | NKUITA BONG,ACHALEKE |
| 437 | NKWENJE,KHADIZA |
| 438 | NKWOCHA,FRANCISCA |
| 439 | NNAMDI,EZEOGU |
| 440 | NNEBEDUM,LILIAN |
| 441 | NNOROM,JACINTA |
| 442 | NONGSE,NKEH |
| 443 | NORBERT,BERNADINA |
| 444 | NOUNDA,DELPHINE |
| 445 | NOVELLA,BOYD |

| | |
|---|---|
| 446 | NSUFOR,LINDA |
| 447 | NTONGWAH,ALEMNJI |
| 448 | NTUMNGIA,RENE |
| 449 | NTUNGFOR,ISRAEL |
| 450 | NTUNGFOR,MARIE-JOLIE |
| 451 | NUKONA,RITA |
| 452 | NVENAZI,STELLA |
| 453 | NWABUZOR,ATINUKE |
| 454 | NWANA,NJIWAJI |
| 455 | NWAOGBE,GANI |
| 456 | NWAOGWUGWU,PATIENCE |
| 457 | NWOKE,EJE |
| 458 | NWOKOYE,SOLOMON |
| 459 | NWOSU,PHILOMENA |
| 460 | NYA,CELESTINE |
| 461 | NYA,CONSTANTINE |
| 462 | NYAMBWE,JOSEPH |
| 463 | NZEPACK,JULIETTE |
| 464 | NZOUNKEKANG,ROY |
| 465 | OBIDIKE,VIVIAN |
| 466 | OCBAMICHAEL,BINIAM |
| 467 | ODEK,EZEKIEL |
| 468 | ODEYALE,ESTHER |
| 469 | ODIVBRI, OVIE |
| 470 | ODUBENA,ADEBUSOLA |
| 471 | OGBORO,IMUETINYAN |
| 472 | OGECHI,KEKE |
| 473 | OGIDE LINDA,IFEOMA |
| 474 | OGIDE,ANTHONY |
| 475 | OGUNDIPE,ADEYINKA |
| 476 | OGUNFOWOKAN,KUDIRAT |
| 477 | OGUNJOBI, TAIWO |
| 478 | OGUNLADE,ALIRAT |
| 479 | OGUNSANYA,FELIX A |
| 480 | OGUNSUYI,MARGARET |
| 481 | OGUNTUROTI,OLUBUKOLA |
| 482 | OJUOLAPE, ADEWALE |
| 483 | OJUOLAPE,STELLA |
| 484 | OKECHUKWU,OKORIE |
| 485 | OKEKE,UGO |
| 486 | OKPALA,NDIDIAMAKA |

| | |
|---|---|
| 487 | OKUNEYE,TEMITOPE |
| 488 | OKUWA,TOLULOPE |
| 489 | OLABISI,FANIYAN ADAMOH |
| 490 | OLACHI ANAKAM |
| 491 | OLADIMEJI,BABATUNDE |
| 492 | OLAKUNLE,KUFORIJI |
| 493 | OLAMIDE,ADEDEJI |
| 494 | OLAOSEBIKAN,HANNAH |
| 495 | OLAPADE,FUNMILOLA |
| 496 | OLAPEJU,TUBI |
| 497 | OLAYINKA,KODAOLU |
| 498 | OLIVIER,LINDJECK |
| 499 | OLOGUNDE,OLUBUNMI |
| 500 | OLUFEMI,GBENGA |
| 501 | OLUGBENGA,OJO |
| 502 | OLUGU,NNENA EKE |
| 503 | OLUSHILE,FADOJU |
| 504 | OLUSOLA,AKOLE |
| 505 | OLUWAFEMI,AKINBINU |
| 506 | OLUWAFUNBI,OLAFUSI |
| 507 | OLUWAKEMI,SULE |
| 508 | OLUWAKOREDE,AYOOLUWA |
| 509 | OLUWASOLA,TALE |
| 510 | OMISAKIN,MARCUS |
| 511 | OMOGUNWA,MARGARET |
| 512 | OMOLADE,OKIJI |
| 513 | OMOLARA,ADARAMOLA |
| 514 | OMOLARA,ONI |
| 515 | OMOLOLA,OLAYIWOLA |
| 516 | OMONIYE,EMMANUEL t |
| 517 | OMOTOSHO,RASHEED |
| 518 | ONUOHA,CHIAMAKA |
| 519 | ONYEBUEKE,ARINZE C |
| 520 | OPE,ADEBISI |
| 521 | ORIAKO,ROSE |
| 522 | ORIAKU,CHARLES |
| 523 | OSAHON,PATIENCE |
| 524 | OSHUNKEYE,NOSIMOT |
| 525 | OSUNLUSI,ALICE |
| 526 | OWOLABI,SUNDAY |
| 527 | OWUNNA,LILLIAN |

| | |
|---|---|
| 528 | OWUSU,MICHAEL |
| 529 | OYEBAMIJI,TUTUS AMODE |
| 530 | OYELADE,BANAJIDE |
| 531 | OYEYEMI,OREBIYI |
| 532 | OYINADE,MUSE A |
| 533 | PALMER,JAMEL |
| 534 | PORTER,FRANCESS |
| 535 | POUAKA,ROGER |
| 536 | PRINCE,TAZOCHE |
| 537 | PRUDENTIAL,PEFOK |
| 538 | QUARTEY,KWAMINA |
| 539 | RAHMON,ONIKOYI |
| 540 | RAISA,KEN BUMBARA |
| 541 | RANDY,BINYUY |
| 542 | REEVES,DARNELLE |
| 543 | REGINA,MBAH |
| 544 | REINE,HENRIETTE |
| 545 | RENGA,ATIS |
| 546 | RENGA,NDI |
| 547 | ROSINE,TCHANA |
| 548 | ROTIMI,AKINBINU |
| 549 | RUSSELL,AMADI |
| 550 | SABUM,VALERIE |
| 551 | SAHFUA SEIDU,PESENKANG |
| 552 | SAHO,CHRISTINE |
| 553 | SAHR,LEBBIE |
| 554 | SAM MENDONG,NJIKANG |
| 555 | SESEY,EVELYNE |
| 556 | SHAKIRAT,ASSAOLU |
| 557 | SHENJI,NADINE N |
| 558 | SHEY NIANH,ODETTE |
| 559 | SHIENJI,EDHITE |
| 560 | SHITTU,FATIMAT |
| 561 | SHURI MATOH,ROSE FASSOUO |
| 562 | SIRE,CAMARA |
| 563 | SMITH,ANTON |
| 564 | SMITH,CATHERINE |
| 565 | SMITH,CECELIA |
| 566 | SMITH,DEREK |
| 567 | SODATONOU,ESSI |
| 568 | SOLANGE,MEYANG |

| 569 | SONE,MARY |
|---|---|
| 570 | SOPPI EDIOH,BRIGITTE C |
| 571 | SUBE,MARY ANN |
| 572 | SUBER,CLIFTON SR |
| 573 | SUH,ANTHONY |
| 574 | SUMELONG,EVARISTUS |
| 575 | TAAH,GILBERT A |
| 576 | TAAH,PEKLINS |
| 577 | TAFREY,VICTORINE |
| 578 | TAGNE,KAPCHE |
| 579 | TAKUETE TIOKENG,AURELIE |
| 580 | TALA,PRUDENCE |
| 581 | TALEH,HONORINE |
| 582 | TALLA,JEAN |
| 583 | TALONDEA,ROGER |
| 584 | TAMBE, DIVINE |
| 585 | TAMBU ACHA, STELLA |
| 586 | TAMMY,WHITNEY |
| 587 | TAMUFOR,ANASTASIA |
| 588 | TANKEH,BERTHA |
| 589 | TANKEH,NDIMUKUM |
| 590 | TANTOH,ANTONIA |
| 591 | TANTOH,AZINWILUM |
| 592 | TANYI,ALFRED |
| 593 | TARAWALY,FRANCESS |
| 594 | TATES,LINDA |
| 595 | TAWAKALITU,APELOGUN |
| 596 | TCHEAMGAM,THIMOTHEE |
| 597 | TCHEUGONE D.,ENGA |
| 598 | TCHOKOSSA,MAGELINE |
| 599 | TCHOUGA,GISELE |
| 600 | TCHUKOSSIE ,ANNA |
| 601 | TEBAH,ROMULUS |
| 602 | TEBOH,FONGANG |
| 603 | TECHE,SYNTYCHE |
| 604 | TEGHEN,FAITH |
| 605 | TELLA,VANESSA |
| 606 | TEMBUH,CARINE |
| 607 | TEMBUH,SONITA |
| 608 | TEMIDAYO,FANIYI |
| 609 | TEMITOPE,BABAYEJU |

| | |
|---|---|
| 610 | TENJEI,FERDINAND |
| 611 | TEZOCK,CHRISTINA |
| 612 | THADEY,KWEKA |
| 613 | THLIZA,REBECCA |
| 614 | TICHA,DILYS |
| 615 | TIENTCHEU,DORIS |
| 616 | TIKU FRI,LADI |
| 617 | TIKU,DELPHINE |
| 618 | TIKU,MAUREEN |
| 619 | TIKUM,ANNIZETTE |
| 620 | TIMOH,MILDRED |
| 621 | TITA TAKU,NADASH |
| 622 | TITANJI,LUCY |
| 623 | TONGE,SUSAN |
| 624 | TUCKER,EMMANUEL |
| 625 | TUEKAM,DORIS |
| 626 | UKAEGHU,ALEX |
| 627 | UKAOMA,KELECHI |
| 628 | USMAN,AHMAD M |
| 629 | UWAHEMU,CHIOMA |
| 630 | UWAHEMU,OYINYECHI |
| 631 | UWIMANZI,VICTOIRE |
| 632 | UZOHO,UGONNA |
| 633 | VEMOMSEH,RITA |
| 634 | VITALIS,ACHU |
| 635 | WATCHUENG,KAMGUIA SANDRA |
| 636 | WEMIDA,MODUPE |
| 637 | WEMIMO,OSIFUYE |
| 638 | WILLIAMS,ANGIE |
| 639 | WILSON,JACKLYN |
| 640 | WILSON,MARY |
| 641 | YAKE,ISA |
| 642 | YASAH,BONIFICE |
| 643 | YENCHI,CIVILE |
| 644 | YENGWIA,ANNE |
| 645 | YOUNG,TYTISHA |
| 646 | YUNGONG,ISABELLA |
| 647 | YUSUF,SULIYAT |
| 648 | ZAID,REGASA |
| 649 | ZEMBEH,PRUDENCE |
| 650 | ZEMEKA,MARY |