IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LORI CHAVEZ-DEREMER,[1]<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>      Plaintiff,<br><br>  v.<br><br>LIFELINE, INC. and<br>RHODA MAKINDE, an individual,<br><br>      Defendants. | Civil Action No. 8:24-cv-02345-PX |

**STIPULATION OF DISMISSAL OF ACTION**

Plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor ("Secretary" or "Plaintiff"), and Defendants Lifeline, Inc. and Rhoda Makinde (collectively, "Defendants"), through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof states as follows:

1. The Secretary filed this case on August 13, 2024, alleging violations of the FLSA in the context of an investigation by the Wage and Hour Division of the United States Department of Labor ("WHD"). Dkt. 1.

2. On January 16, 2025, following further investigation, the Secretary filed a motion to amend the complaint. Dkt. 28. That motion was granted and the Amended Complaint was docketed on January 24, 2025. Dkt. 30, 31. On February 10, 2025, Defendants filed their Answer to the Amended Complaint. Dkt. 32.

---

[1]    Secretary Chavez-DeRemer is substituted as Plaintiff in this matter for former Acting Secretary Vincent N. Micone, III. Fed. R. Civ. P. 25(d).

1

3.  Defendants filed a Motion for Summary Judgment on Retaliation Claim on October 2, 2025. Plaintiff's Response is presently due December 15, 2025. Dkt. 53.

4.  Plaintiff and Defendants have reached a resolution to this matter and agree and stipulate to dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

**WHEREFORE**, the parties stipulate to the dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103-2968<br>(215) 861-5124 (voice)<br>(215) 861-5162 (fax)<br>gosfield.alexander.e@dol.gov | Jonathan Berry<br>Solicitor of Labor<br><br>Samantha N. Thomas<br>Regional Solicitor<br><br>Elizabeth A. Kuschel<br>Regional Wage and Hour Counsel |
| Date: December 11, 2025 | /s/ *Alexander E. Gosfield*<br>Alexander E. Gosfield<br>Senior Trial Attorney<br>PA State Bar # 209537<br><br>*Attorneys for LORI CHAVEZ-DEREMER*<br>*Secretary of Labor, Plaintiff*<br><br>/s/ Bruce Fein<br>Bruce Fein<br><br>*Attorney for LIFELINE, INC. and RHODA MAKINDE, Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 11, 2025, I electronically filed the foregoing Stipulation of Dismissal of Action with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to the attorneys of record in this case.

                                        */s/Alexander E. Gosfield*
                                        Alexander E. Gosfield
                                        Senior Trial Attorney